UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DISTRIBUTION SERVICES OF AMERICA, INC.,<br><br>　　　Plaintiff,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>　　　Defendant. | Civil Action No. 7:23-cv-04635<br><br>Hon. Cathy Seibel |

### **DEFENDANT ALLSTATE'S NOTICE OF MOTION TO DISMISS**

**PLEASE TAKE NOTICE** that Defendant Allstate Insurance Company, by its undersigned counsel, hereby moves this Honorable Court for an Order, pursuant to Federal Rule of Civil Procedure 12(b)(6), dismissing with prejudice Plaintiff Distribution Services of America, Inc.'s Complaint (Dkt. 1) in its entirety, and for such other relief as the Court deems just and proper.

Dated: August 14, 2023

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　BENESCH, FRIEDLANDER, COPLAN &
　　　　　　　　　　　　　　　　　　　ARONOFF LLP


　　　　　　　　　　　　　　　　　　　By: /s/ *J. Scott Humphrey*
　　　　　　　　　　　　　　　　　　　　　J. Scott Humphrey (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　Edward C. Wipper
　　　　　　　　　　　　　　　　　　　　　Katie M. Burnett (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　71 South Wacker Drive, Suite 1600
　　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60606-4637
　　　　　　　　　　　　　　　　　　　　　312.212.4949
　　　　　　　　　　　　　　　　　　　　　E: shumphrey@beneschlaw.com
　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant Allstate Insurance
　　　　　　　　　　　　　　　　　　　　　Company