

**ArentFox Schiff LLP**

1301 Avenue of the Americas
42nd Floor
New York, NY  10019

212.484.3900    **MAIN**
212.484.3990    **FAX**

afslaw.com

**Hunter T. Carter**
Partner
212.484.3946    **DIRECT**
hunter.carter@afslaw.com

August 23, 2023

**By ECF**

Hon. Cathy Seibel
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re:    *Distribution Services of American, Inc. v. Allstate Insurance Company*
(No. 7:23-cv-04635 (CS))

Dear Hon. Seibel:

  The undersigned represents Plaintiff, Distribution Services of American, Inc. in the above-referenced action. We write pursuant to Your Honor's Individual Practices to respectfully request an extension of time to file and serve Opposition to Defendant's motion to dismiss which was filed on August 14, 2023 (ECF No. 17) (the "Motion").

  Opposition to the Motion is currently to be filed and served on or before August 28, 2023. The undersigned respectfully requests to and including September 18, 2023 to file and serve Opposition to the Motion. We have consulted with opposing counsel, who has consented to this extension.  There have been no previous requests for an extension of time in connection with the Motion. The reason for the request is that the undersigned requires additional time to consult with the client and prepare a response to the Motion.

Very truly yours,

*/s/ Hunter T. Carter*
Hunter T. Carter

**Smart In
Your World**®