**Benesch**

J. Scott Humphrey
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606-4637
Direct Dial: 312.624.6420
shumphrey@beneschlaw.com

December 23, 2024

**Plaintiff shall amend no later than 1/13/24.**

The Hon. Cathy Seibel
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150
Email: chambersnysdseibel@nysd.uscourts.gov

SO ORDERED.

*Cathy Seibel*  12/23/24
CATHY SEIBEL, U.S.D.J.

Re:  Distribution Services of America, Inc. v. Allstate Insurance Company.,
Case No. 7:23-cv-04635-CS

Dear Judge Seibel:

As you may know, I represent Defendant Allstate Insurance Company ("Allstate") in the above-reference matter. Pursuant to the Status Conference held on December 19, 2024, Allstate respectfully requests that this case moves forward with Plaintiff amending its Complaint. At this time, Allstate does not think another settlement conference would be successful. Allstate further requests that the Court set a deadline for Plaintiff to amend its Complaint.

Sincerely,

BENESCH, FRIEDLANDER,
  COPLAN & ARONOFF LLP

*/s/ J. Scott Humphrey*

J. Scott Humphrey

1